UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

DICK HARRIS, INC., dba DICK HARRIS INSURANCE AGENCY,

    Defendant.

    /

NO. CIV. 2:13-00325 WBS DAD

ORDER

----oo0oo----

Judgment was entered in favor of defendant, (Docket No. 17), and defendant has submitted a cost bill for $370.00, (Docket No. 19). Plaintiff has not objected to the costs pursuant to Eastern District Local Rule 292(c).

Federal Rule of Civil Procedure 54(d)(1) and Local Rule 292(f) govern the taxation of costs to losing parties, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court

1

order provides otherwise, costs--other than attorney's fees--
should be allowed to the prevailing party."); E.D. Cal. Local R.
292(f); Taniguchi v. Kan Pac. Saipan, Ltd., --- U.S. ----, 132 S.
Ct. 1997, 2001 (2012) (noting that taxable costs are limited to
those enumerated in § 1920).

      The court exercises its discretion in determining whether to allow certain costs. See Sea Coast Foods, Inc. v. Lu-Mar Lobster & Shrimp, Inc., 260 F.3d 1054, 1060 (9th Cir. 2001); Alflex Corp. v. Underwriters Labs., Inc., 914 F.2d 175, 177 (9th Cir. 1990). The losing party has the burden of overcoming the presumption in favor of awarding costs to the prevailing party. See Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999) ("[Federal Rule of Civil Procedure] 54(d) creates a presumption in favor of awarding costs to prevailing parties, and it is incumbent upon the losing party to demonstrate why the costs should not be awarded.")

      After reviewing the bill of costs, and in light of the fact that plaintiff has not objected, the court finds the following costs to be reasonable:

| | |
|---|---|
| Fees of the Clerk | $350.00 |
| Docket fees under 28 U.S.C. § 1923 | $20.00 |
| **Total** | **$370.00** |

      Accordingly, costs of **$370.00** will be allowed.

      IT IS SO ORDERED.

DATED: June 18, 2013

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE